1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 06CR2035-WQH |
| Plaintiff, | ) |
| | ) AMENDED ORDER OF CRIMINAL |
| v. | ) FORFEITURE |
| | ) |
| JOSE ANGULO-ZAVALO, | ) |
| | ) |
| Defendant. | ) |

On February 15, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of JOSE ANGULO-ZAVALO, in the property listed in the Forfeiture Allegation of the Indictment, namely, **$11,107.00 in United States Currency**, to the United States.

On March 27, April 3, and April 10, 2007, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

1      There were no potential third parties known to the United States

2 to have alleged an interest in the forfeited property; therefore, no

3 one was provided with direct notice of the forfeiture.

4      Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as

5 a result of the failure of any third party to come forward or file a

6 petition for relief from forfeiture as provided by law, all right,

7 title and interest of JOSE ANGULO-ZAVALO and any and all third parties

8 in the **$11,107.00 in United States Currency**, are hereby condemned,

9 forfeited and vested in the United States of America:

10      IT IS FURTHER ORDERED that costs incurred by the United States

11 United States Customs and Border Protection and any other governmental

12 agencies which were incident to the seizure, custody and storage of

13 the property be the first charge against the forfeited property.

14      IT IS FURTHER ORDERED that the United States Customs and Border

15 Protection shall dispose of the forfeited property according to law.

16      IT IS FURTHER ORDERED that the Clerk is directed to send copies

17 of this Order to all counsel of record and the United States Customs

18 and Border Protection.

19 DATED: August 21, 2007

20

21                          **WILLIAM Q. HAYES**
                       United States District Judge

22

23

24

25

26

27

28

06cr2035